**U.S. Department of Justice**

*United States Attorney*
*Western District of Pennsylvania*

*Joseph F. Weis Jr. U.S. Courthouse*
*700 Grant Street*
*Suite 4000*
*Pittsburgh, Pennsylvania 15219* *412/644-3500*

January 27, 2026

Brandy S. Lonchena
Clerk of Court
Joseph F. Weis Jr. U.S. Courthouse
700 Grant Street, Suite 3110
Pittsburgh, Pennsylvania 15219

Re: United States of America v. 5,680,000 USDT TOKENS STORED WITHIN VIRTUAL CURRENCY ADDRESS 0x7f6Ed26BB1488D1b420E10D722ef8bDf7D845B3, ET AL
Civil Action No. 2:26cv87

Dear Ms. Lonchena:

Please issue the enclosed Warrant for Arrest in Action in Rem and send to Assistant U.S. Attorney, Jill L. Locnikar at Jill.Locnikar@usdoj.gov .

Thank you for your cooperation.

Very truly yours,

TROY RIVETTI
First Assistant United States Attorney

s/ JILL L. LOCNIKAR
Assistant U.S. Attorney
(412) 894-7429

Enclosure