IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA
)
vs.
)
5,680,000 USDT TOKENS STORED WITHIN VIRTUAL CURRENCY ADDRESS ~~0x7f6Ed26BB1488D1b420E10D722ef8bD~~f7D845B31 THAT ARE IN THE CUSTODY OR CONTROL OF THE UNITED STATES MARSHALS SERVICE
)

Civil Action No. 2:26-cv-00087

**MOTION FOR ADMISSION *PRO HAC VICE* OF** Jiyuan Zhang

[Affiant] Jiyuan Zhang, undersigned counsel for Claimant Huajie Yu, hereby moves that [Affiant] Jiyuan Zhang be admitted to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for Claimant Huajie Yu in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission Pro Hac Vice of [Affiant] filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Dated: June 3, 2026

Respectfully submitted,

/s/ Jiyuan Zhang

Jiyuan Zhang (Bar. ID NO. 5707401)

3712 Prince Street, Ste 9C
Flushing, NY 11354
contact@jzhanglaws.com
(718)701-5098

*Counsel for Claimant*