**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

UNITED STATES OF AMERICA

vs.

5,680,000 USDT TOKENS STORED WITHIN VIRTUAL CURRENCY ADDRESS 0x7f6Ed26BB1488D1b420E10D722ef8bDf7D845B31 THAT ARE IN THE CUSTODY OR CONTROL OF THE UNITED STATES MARSHALS SERVICE

Civil Action No. 2:26-cv-00087

**AFFIDAVIT OF Jiyuan Zhang IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Jiyuan Zhang, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for [Plaintiff/Defendant] Claimant, Huajie Yu in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

I, Jiyuan Zhang, being duly sworn, do hereby depose and say as follows:

1. I am a [Lawyer/Partner/Associate] of the law firm [J. Zhang and Associates, P.C. ].
2. My business address is 3712 Prince Street, Ste. 9C, Flushing, New York, 11354.
3. I am a member in good standing of the bar[s] of New York.
4. My bar identification number(s) [is/are] 5707401.
5. A current certificate of good standing from the Supreme Court of New York is attached to this Affidavit as Exhibit A.
6. [if applicable] The following are a complete list of any previous disciplinary proceedings concerning my practice of law that resulted in a non-confidential negative finding or sanction by the disciplinary authority of the bar of any state or any United States court: NONE: [Insert additional explanation as appropriate.]
7. I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.
8. I attest that I have read, know and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania

9. Based upon the foregoing, I respectfully request that I be granted pro hac vice admission in this matter.

I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Dated: June 3, 2026

/s/ Jiyuan Zhang

[Affiant] Jiyuan Zhang