# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

5,680,000 USDT TOKENS STORED WITHIN VIRTUAL CURRENCY ADDRESS 0x7f6Ed26BB1488D1b420E10D722ef8bDf7D845B31 THAT ARE IN THE CUSTODY OR CONTROL OF THE UNITED STATES MARSHALS SERVICE,

Defendants

**Case No.: 2:26-cv-87**

Hon. Judge J. Nicholas Ranjan

**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE**

**AND NOW**, this _______ day of ___________________, 2026, upon consideration of the Motion for Admission Pro Hac Vice of Jiyuan Zhang, and the supporting affidavit, it is hereby ORDERED as follows:

1. The Motion is GRANTED.
2. Jiyuan Zhang is admitted to appear *pro hac vice* in this matter on behalf of Claimant, Huajie Yu.
3. Counsel shall comply with all applicable rules, including Local Civil Rules 83.2 and 83.3.

BY THE COURT:

______________________________
Hon. Judge J. Nicholas Ranjan
United States District Judge