# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

5,680,000 USDT TOKENS STORED WITHIN VIRTUAL CURRENCY ADDRESS 0x7f6Ed26BB1488D1b420E10D722ef8bDf7D845B31 THAT ARE IN THE CUSTODY OR CONTROL OF THE UNITED STATES MARSHALS SERVICE,

Defendants.

Civil Action No. 2:26-cv-00087

Honorable Judge J. Nicholas Ranjan

## [UNOPPOSED] MOTION FOR EXTENSION OF TIME TO FILE VERIFIED CLAIM AND RESPONSIVE PLEADING

Claimant Huajie Yu, by and through undersigned counsel, respectfully moves this Court for an extension of time and states as follows:

1. Claimant Huajie Yu has not received direct notice of this forfeiture action, and the docket does not reflect a notice of publication or declaration of publication from which Claimant can determine the applicable deadline under Supplemental Rule G(5).
2. Out of an abundance of caution, Claimant respectfully requests an extension through and including June 27, 2026 to file a verified claim and any answer or other responsive pleading required under the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.
3. This requested extension is necessary to allow Claimant and counsel additional time to review the allegations, investigate the relevant facts, and prepare the appropriate filing.
4. The requested extension is sought in good faith and not for purposes of delay.

5. Counsel for Plaintiff, the United States, has been consulted regarding this request and does not oppose the relief sought herein.

WHEREFORE, Claimant Huajie Yu respectfully requests that the Court extend Claimant's deadline to file a verified claim and any answer or other responsive pleading through and including June 27, 2026, and grant such other relief as the Court deems just and proper.

Dated: June 15, 2026

**J. Zhang and Associates, P.C.**

*/s/ Jiyuan Zhang*

____________________________

Jiyuan Zhang, Esq. (5707401)
3712 Prince Street, Ste 9C
Flushing, New York 11354
Tel: 1(718) 701-5098
JZ@jzhanglaws.com

**Attorney for Claimant**
***Huajie Yu***

**CERTIFICATE OF GOOD FAITH CONFERRAL**

I certify that, before filing this Motion, counsel for Claimant Huajie Yu conferred with counsel for the United States regarding the relief requested herein. Counsel for the United States stated that the United States does not oppose the requested extension through June 27, 2026.

Dated: June 15, 2026

/s/ Jiyuan Zhang
Jiyuan Zhang, Esq.

## CERTIFICATE OF SERVICE

I certify that this document has been served to all parties on record via CM/ECF on June 15, 2026.

/s/ Jiyuan Zhang
Jiyuan Zhang, Esq.