# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>5,680,000 USDT TOKENS STORED WITHIN VIRTUAL CURRENCY ADDRESS 0x7f6Ed26BB1488D1b420E10D722ef8bDf7D845B31 THAT ARE IN THE CUSTODY OR CONTROL OF THE UNITED STATES MARSHALS SERVICE,<br><br>Defendants. | Civil Action No. 2:26-cv-00087<br><br>Honorable Judge J. Nicholas Ranjan<br><br>**CLAIMANT HUAJIE YU'S VERIFIED CLAIM** |

Claimant Huajie Yu, by and through undersigned counsel, files this Verified Claim pursuant to 18 U.S.C. § 983(a)(4) and Supplemental Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and states as follows:

1. Claimant Huajie Yu asserts a claim to the defendant property identified in the Verified Complaint for Forfeiture as 5,680,000 USDT tokens stored within virtual currency address 0x7f6Ed26BB1488D1b420E10D722ef8bDf7D845B31 that are in the custody or control of the United States Marshals Service.
2. The Verified Complaint alleges that, prior to January 13, 2026, Tether Limited burned 5,680,000 USDT tokens held in virtual currency address 0xC1B68434D0Ef9A78E7f62e3b9850B70B3d0174bf, and that on January 13, 2026, Tether caused the 5,680,000 USDT to be reissued to virtual currency address 0x7f6Ed26BB1488D1b420E10D722ef8bDf7D845B31 controlled by the United States

Marshals Service.

3. Claimant Huajie Yu is the claimant asserting an interest in the Defendant Property.
4. Claimant Huajie Yu claims a lawful ownership, possessory, beneficial, and/or other legal interest in the Defendant Property, or in the portion of the Defendant Property that is traceable to Claimant's lawful funds or property.
5. Claimant Huajie Yu asserts that his interest in the Defendant Property was derived from legitimate sources and was not obtained through wire fraud, money laundering, or any other unlawful activity.
6. Claimant Huajie Yu contests the forfeiture of his interest in the Defendant Property and denies that the United States is entitled to forfeit any property in which Claimant has an ownership, possessory, beneficial, or other legal interest.
7. Claimant reserves all rights, defenses, objections, and remedies available under the Civil Asset Forfeiture Reform Act, Supplemental Rule G, the Federal Rules of Civil Procedure, the United States Constitution, and any other applicable law, including but not limited to the right to contest forfeitability, standing, tracing, notice, seizure, proportionality, and the Government's burden of proof.

WHEREFORE, Claimant Huajie Yu respectfully requests that the Court recognize this Verified Claim, permit Claimant to contest the forfeiture, deny forfeiture as to Claimant's interest in the Defendant Property, order the return of Claimant's property interest, and grant such other and further relief as the Court deems just and proper.

Dated: June 29, 2026

Respectfully submitted,

/s/ Jiyuan Zhang
**Jiyuan Zhang, Esq. (5407401)**
**J. Zhang and Associates, P.C.**
3712 Prince Street, Ste. 9C
Flushing, NY 11354
Telephone: (718) 701-5098
Email: contact@jzhanglaws.com

**Attorney for Claimant,**
***Huajie Yu***

**VERIFICATION UNDER PENALTY OF PERJURY**

I, Huajie Yu, declare under penalty of perjury under the laws of the United States of America that the foregoing CLAIMANT HUAJIE YU'S VERIFIED CLAIM is true and correct to the best of my knowledge, information, and belief.

Executed on this _29_ day of June, 2026.

______________________________
Huajie Yu