IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

5,680,000 USDT TOKENS STORED WITHIN VIRTUAL CURRENCY ADDRESS 0x7f6Ed26BB1488D1b420 E10D722ef8bDf7D845B31 THAT ARE IN THE CUSTODY OR CONTROL OF THE UNITED STATES MARSHALS SERVICE,

Defendant,

HUAJIE YU,

Claimant.

2:26-cv-87

| | |
|---|---|
| Hearing Type: | Telephonic Initial Case Management Conference |
| Date: | 9/22/2026 |
| Before: | Judge J. Nicholas Ranjan |

| | |
|---|---|
| Counsel for Plaintiff | Jill Locnikar |
| Counsel for Claimant | Jiyuan Zhang |
| Court Reporter | None |
| Law Clerk | AA |
| Start Time | 11:00 a.m. |
| End Time | 11:25 a.m. |

SUMMARY OF PROCEEDINGS:

Telephonic Initial Case Management Conference held to discuss the current status of the case and establish a schedule going forward.

Background, discovery, and mediation discussed. Case Management Order to follow.